UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Zoilo Taveras,

Defendant.

20 CR 240 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Upon application of the Defendant, as consented to by the government, the request for bail pending trial is GRANTED. The defendant is to be released upon satisfaction of the conditions described below:

- $20,000 PRB, co-signed by two financially responsible persons;
- Home detention, to be enforced by video calls with Pretrial Services for the first 14 days after his release, and by electronic monitoring thereafter;
- Defendant to report to Pretrial in person 14 days after his release to be fitted for an electronic monitoring device;
- Travel limited to SDNY/EDNY;
- Surrender travel documents to Pretrial Services & no new applications;
- Substance abuse and mental health evaluations as directed by Pretrial;
- Defendant is not to possess any firearms or other destructive devices;
- Defendant is to be released upon satisfaction of all conditions;
- Defendant shall be released upon his personal signature, or, alternatively, upon his attorney signing for him if his attorney certifies in writing to this Court that (i) the defendant has authorized his attorney to sign on his behalf, (ii) his attorney has explained the conditions of release to the defendant, and (iii) the defendant has represented to his attorney that he fully understands and intends to comply with those conditions.

SO ORDERED.

Dated: April 1, 2020
New York, NY

_____
PAUL A. ENGELMAYER
United States District Judge