**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 2, 2020

**BY ECF and EMAIL**
The Honorable Judge Paul A. Engelmayer
United States District Courthouse
40 Foley Square
New York, NY 10007

Re:   **United States v. Zoilo Taveras**
          **20 CR. 240 (PAE)**

Dear Judge Engelmayer:

I write to certify that through a legal call with Zoilo Taveras at the Metropolitan Correctional Center ("MCC"), I have explained the conditions of Mr. Taveras's release in this matter. Mr. Taveras fully understands and intends to comply with these conditions, and has given me authorization to sign the bond on his behalf

Respectfully submitted,

   /s/
Zawadi Baharanyi
Assistant Federal Defender
(212) 417-8735

cc:  AUSA Brandon Harper (by ECF and Email)