# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 4, 2020

**BY ECF and EMAIL**
The Honorable Judge Paul A. Engelmayer
United States District Courthouse
40 Foley Square
New York, NY 10007

Re:     **United States v. Zoilo Taveras**
          **20 CR. 240 (PAE)**

Dear Judge Engelmayer:

With the consent of the government, I write to respectfully request that the Court adjourn Mr. Taveras's June 9 status conference for a period of approximately 60 days. The additional time is necessary to give my office's immigration specialist time to review the discovery and consult with Mr. Taveras on his options going forward.

Mr. Taveras would consent to the exclusion of time until the next status conference.

Respectfully submitted,

/s/_____

Zawadi Baharanyi
Assistant Federal Defender
917-612-2753 (c)

cc:  AUSA Brandon Harper (by ECF)

**GRANTED.** The conference is adjourned to August 6, 2020 at 10:00 a.m. For the reasons stated above, time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), until August 6, 2020. The Clerk of Court is requested to terminate the motion at Dkt. No. 16.
                    6/5/2020

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge