UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                   :
                                            :
           -v-                              :           20-CR-240 (PAE)
                                            :
ZOILO TAVERAS,                              :           SCHEDULING ORDER
                                            :
           Defendant.                       :
                                            :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at today's telephonic conference, the Court hereby sets the following schedule and deadlines:

- Any motion to dismiss is due on **September 11, 2020**.

- Opposition to any motion to dismiss is due **October 9, 2020**. The Court does not invite reply briefs.

- The government's 404(b) disclosure is due **March 1, 2021.**

- Motions *in limine* are due on **March 8, 2021**. Opposition to motions *in limine* are due **March 15, 2021**.

- Proposed *voir dire* questions and requests to charge are due **March 15, 2021**.

- Trial is scheduled for **April 12, 2021** at **9:30 a.m.**

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until **April 12, 2021**.

SO ORDERED.

Dated: August 6, 2020
New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge