```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
                -v-                                                     :       20-CR-240 (PAE)
                                                                        :
ZOILO TAVERAS,                                                          :            ORDER
                                                                        :
                        Defendant.                                      :
                                                                        :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

The Court today issued a decision in this case, denying the defendant's motion to dismiss. The schedule that the Court has previously set (Dkt. 18) remains in place. The Court directs counsel for the Government and the defense to confer promptly, and to submit a joint letter, due December 18, 2020, as to the future course of this case.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 2, 2020
       New York, New York