**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 18, 2021

**BY ECF and EMAIL**
The Honorable Judge Paul A. Engelmayer
United States District Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Zoilo Taveras**
      **20 CR. 240 (PAE)**

Dear Judge Engelmayer:

In response to the Court's February 16 order, the parties submit this joint letter. The defense believes that the March 3 hearing should proceed as a change of plea proceeding as the parties have reached a resolution in this matter. The defense further requests that the change of plea proceeding be conducted remotely given the ongoing COVID-19 pandemic. A remote proceeding would minimize the risks to the parties and Mr. Taveras, whose age and underlying health conditions render him more vulnerable to serious illness if exposed to the novel coronavirus. Mr. Taveras is not detained and would consent to proceeding by telephone or video, although telephone is preferred. The Government consents to these requests.

Finally, the parties request that the court adjourn the pending motions deadlines given their intent to move forward with a change of plea proceeding on March 3.

Respectfully submitted,

____/s/_____
Zawadi Baharanyi
Assistant Federal Defender
(212) 417-8735

**GRANTED.** The Court will arrange for a remote change-of-plea hearing to be held on March 3, 2021. In light of the parties' representations that a guilty plea is forthcoming that day, the Court adjourns all intervening deadlines. The Clerk of Court is requested to terminate the motion at Dkt. No. 41.

2/19/2021

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge