UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
        -v- : 20-CR-240 (PAE)
:
ZOILO TAVERAS, : <u>SCHEDULING ORDER</u>
:
        Defendant. :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    The Court schedules a telephonic conference in this case for **March 4, 2021** at **2:30 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

    SO ORDERED.

                                                            *Paul A. Engelmayer*
Dated: February 19, 2021                            PAUL A. ENGELMAYER
       New York, New York                    United States District Judge