**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 8, 2021

**BY ECF**

The Honorable Judge Paul A. Engelmayer
United States District Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Zoilo Taveras**
      **20 CR. 240 (PAE)**

Dear Judge Engelmayer:

    I write to confirm for the Court that Mr. Taveras wishes to proceed with his sentencing hearing on April 19. He understands that given the short turnaround, he will not be able to review a draft of the Presentence Report before it is submitted to the Court. He waives his right to review a draft of the Presentence Report before his sentencing hearing. I have explained to Mr. Taveras that, if necessary, we can provide the Court with corrections and objections to the Presentence Report at the time of his sentencing hearing.

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
(212) 417-8735

cc: AUSA Brandon Harper (by ECF)

The Court appreciates this notification and accordingly maintains the schedule for sentencing as set. The Clerk of Court is requested to terminate the motion at Dkt. No. 45.

3/9/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge